IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Haley Hoff and Raquel Flaaen, as parent and natural Guardian of decedent Randall Hoff's Minor Children, Hanah Hoff and Hevyn Hoff, individually, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | **ORDER** |
| vs. | ) ) | |
| The Elkhorn Bar and Ray Schmidt, | ) ) | Case No.  1:08-cv-071 |
| Defendants. | ) | |

_____

On June 4, 2009, the parties filed a Stipulation to Amend Joint Scheduling/Discovery Plan. The court **ADOPTS** the parties' stipulation (Docket No. 32). The Scheduling/Discovery Plan shall be amended as follows:

3. The parties shall have until August 15, 2009, (originally July 15, 2009), to complete fact discovery and to file discovery motions.

4. The parties shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) as follows:

   a. By the Plaintiffs: September 1, 2009; and

   b. By the Defendants: October 1, 2009.

5. The parties shall have until October 15, 2009, to complete discovery depositions of expert witnesses.

**IT IS SO ORDERED.**

Dated this 5th of June, 2009.

　　　　　　　　　　　　　　　　　　　　　*/s/ Charles S. Miller, Jr.*
　　　　　　　　　　　　　　　　　　　　　Charles S. Miller, Jr.
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge