## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Heaven Hoff and Raquel Flaaen, as parent and natural Guardian of Randall Hoff's Minor Children, Hannah Hoff and Haley Hoff, individually, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | **ORDER** |
| vs. | ) ) | |
| The Elkhorn Bar, Ray Schmidt, and John Broyles, | ) ) ) ) | Case No. 1:08-cv-071 |
| Defendants. | ) | |

The court held a status conference in the above-entitled action on August 10, 2009. Pursuant to the parties discussions, the pretrial deadlines shall be amended as follows:

3. The parties shall have until July 9, 2010, to complete fact discovery and file discovery motions.

4. The parties shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) as follows:

    a. By the Plaintiffs: May 1, 2010; and

    b. By the Defendants: June 1, 2010.

10. The parties shall have until July 9, 2010, to file dispositive motions.

The trial, which was scheduled to commence on November 30, 2009, shall be rescheduled for September 13, 2010, at 9:30 a.m. in Bismarck, North Dakota, before Judge Hovland. A five (5) day trial is anticipated. The final pretrial conference set for November 17, 2009, shall be rescheduled for August 31, 2010, at 10:00 a.m. via telephone conference call to be initiated by the court.

**IT IS SO ORDERED.**

Dated this 10th day of August, 2009.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge